O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES G. FLUKER, SR., | ) | Case No. CV 09-1052-DOC (DTB) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, |
| | ) | CONCLUSIONS AND |
| vs. | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| JAMES D. HARTLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein.  Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  April 21, 2010

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE